AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

White Two Door, 1993 Mitsubishi Pickup
(VIN)  JA7LS21G3PP005836
North Carolina License Plate VSY-1926

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    Steve Manley    being duly sworn depose and say:

I am a(n)   Officer, MPD/MNB   and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

White Two Door, 1993 Mitsubishi Pickup, (VIN)  JA7LS21G3PP005836
North Carolina License Plate VSY-1926

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached affidavit is support of this search warrant**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**See attached affidavit is support of this search warrant**

concerning a violation of Title  21  United States Code, Section(s)  846(b)(1)(B) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Arvind Lal
Organized Crime and Narcotics Trafficking
(202)353-8833

Signature of Affiant
Steve Manley, Major Narcotics Branch
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____        _____
Name and Title of Judicial Officer              Signature of Judicial Officer